**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

VALERIE JONES STRICKLAND,

      Plaintiff,

      Case No.:

  v.

FRAMINGHAM PUBLIC SCHOOLS,

      Defendant.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, the Defendant in the above-entitled action, Framingham Public Schools ("Defendant"), state as follows:

1.    Defendant desires to exercise its right under the provisions of 28 U.S.C. § 1441 *et seq.* to remove this action from the Superior Court for Middlesex County, Massachusetts, in which said case is now pending under the name and style, *Valerie Jones Strickland v. Framingham Public ,* Civil Action No. 2581-cv-02976.

2.    On or about January 15, 2026, Defendant was served with the attached Complaint. *See* Exhibit A, Complaint**.**

3.    Plaintiff alleges, among other things, that Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000E, *et seq*., and the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq., as amended. Complaint ¶¶ 3, 24-25, and 26-27. Plaintiff alleges that she was subjected to discrimination on the basis

1

of her race and disability relating to her former employment for Defendant and that the Defendant retaliated against Plaintiff for engaging in protected activity. *Id.*

4. Thus, resolution of this action in whole or in part requires an application of federal laws prohibiting discrimination and retaliation by employers.

5. Accordingly, this Court has original jurisdiction over the Complaint pursuant to the provisions of 28 U.S.C. § 1331, and, the Complaint may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action arising under the Constitutions, laws, or treaties of the United States.

6. Further, this Court has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

7. Defendants are filing this notice within thirty (30) days of service of the Complaint in this action, as required by 28 U.S.C. § 1446.

8. Defendants will file a Notice of Filing of Removal of Action to Federal Court and a copy of this Notice of Removal with the Clerk of the Superior Court for Middlesex County, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

9. Defendants will serve written Notice to Plaintiff of Removal of this Action to Federal Court, and copies of these Notices of Removal on Plaintiff pursuant to 28 U.S.C. § 1446(d) are attached hereto as Exhibit C.

10. Pursuant to Local Rule 81.1(a), Defendants will obtain certified or attested copies of the docket sheet and all pleadings in the State Court Action and will file them

in this Court within twenty-eight (28) days.  Additionally, pursuant to Local Rule 5.4(f), Defendants will also file a disk with the clerk's office, containing the State Court record in .pdf format.

11.     By filing this Notice of Removal, Defendants are not making a general appearance and are not waiving any defenses and/or grounds for dismissal that may be available to them pursuant to Rule 12 of the Federal Rules of Civil Procedure and/or any other applicable rules, including, but not limited to, those related to service of process, sufficiency of process, venue, or jurisdiction. Defendants specifically reserve the right to assert any defenses and/or objections to which they may be entitled

WHEREFORE, Defendants pray that the above action now pending against it in the Superior Court for Middlesex County, Massachusetts be removed therefrom to this Court.

Respectfully Submitted,
FRAMINGHAM PUBLIC SCHOOLS

By its Attorneys,

*/s/ Lindsey A. Gil*

Lindsey A. Gil, BBO #679626
Jared DiNicolantonio, BBO #716151
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA  02110
(617) 951-2100
lgil@peabodarnold.com
jdinicolantonio@peabodyarnold.com

DATED:  February 4, 2026

3

## <u>CERTIFICATE OF SERVICE</u>

I, Lindsey A. Gil, hereby certify that I have, on February 4, 2026, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through electronic mail.

*/s/ Lindsey A. Gil*
Lindsey A. Gil
